**Order entered February 12, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00579-CR
No. 05-13-00580-CR

**BRODERICK JACKSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1258467-T**

## ORDER

We **GRANT** appellee's second motion to extend time to file its brief. Appellee's brief received on February 5, 2014 is **ORDERED** filed as of the date of this order.

/s/    DAVID EVANS
        PRESIDING JUSTICE